IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFF ANDERSON

    Plaintiff,

v.

                                        Case No. 09-cv-00027-slc

JONATHAN THOMSON

    Defendant.

---

### ENTRY OF DEFAULT

---

Plaintiff Jeff Anderson requests that the clerk of court enter default against defendant Jonathan Thomson pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Jonathan Thomson is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 21st day of April, 2009.

                                                      *Peter Oppeneer*
                                                      Peter Oppeneer
                                                      Clerk of Court