IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFF ANDERSON,

    Plaintiff,

v.

JONATHAN THOMSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-27-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Jeff Anderson AWARDING plaintiff $38,000 in damages for lost sales from January 31, 2008 through August 27, 2009.

FURTHER IT IS ORDERED AND ADJUDGED that defendant Jonathan Thomson is to deliver to plaintiff for impoundment all merchandise bearing artwork covered by the copyright SR-1-81037828 in defendant's possession or control and deliver for destruction all copies of the artwork and all plates, molds and other

materials used for making infringing copies of the artwork.

Approved as to form this **31st** day of August, 2009.

_____
BARBARA B. CRABB,
DISTRICT JUDGE


By: _Lynn Kamle, Deputy Clerk_____     __8-31-09_____
Peter Oppeneer, Clerk of Court                                  Date